IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELINE BROWN STONER, ET AL. | * * | |
| Plaintiffs | * * | |
| V. | * * | |
| | * | NO: 4:14CV00250 SWW |
| XTO Energy, Inc. | * * | |
| Defendant | * * | |

## **ORDER**

The parties report that they have entered a settlement agreement that resolves all issues and controversies in this action, and they ask the Court to dismiss this action, with prejudice.

IT IS THEREFORE ORDERED that the parties' joint motion to dismiss (ECF No. 11) is GRANTED, and this action is dismissed with prejudice.

IT IS SO ORDERED THIS 27TH DAY OF MARCH, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE